# First District Court of Appeal
## State of Florida

———————————————

No. 1D2025-3003

———————————————

J.H., Mother of D.H., Minor
Child,

    Appellant,

    v.

Department of Children and
Families,

    Appellee.

———————————————

On appeal from the Circuit Court for Escambia County.
Coleman Lee Robinson, Judge.

August 6, 2026

Per Curiam.

    Affirmed.

Osterhaus, C.J., and Rowe and Kelsey, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Kim Anthony Skievaski of Kim Anthony Skievaski, P.A., Pensacola, for Appellant.

Sarah J. Rumph, Appellate Counsel, Tallahassee, for Appellee Department of Children and Families; Sara Elizabeth Goldfarb, Statewide Director of Appeals and Mercy Almaguer, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee, for Appellee Guardian ad Litem.